IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL NASE | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-02417 |
| BUCKS COUNTY HOUSING | : | |
| AUTHORITY, ET AL. | : | |

### O R D E R

**AND NOW**, this  26th  day of  September , 2016, upon consideration of Defendant Bucks County Housing Authority, et al.'s Motion to Dismiss the Complaint (ECF No. 6), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**. All claims against Defendants are **DISMISSED**. The Clerk of Court is directed to mark this case closed.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**