IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL NASE | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-02417 |
| BUCKS COUNTY HOUSING | : | |
| AUTHORITY, ET AL. | : | |

## **O R D E R**

**AND NOW**, this   21st   day of   November  , 2016, upon consideration of Plaintiff Michael Nase's Motion for Reconsideration (ECF No. 13), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.  The Clerk of Court is directed to mark this case closed.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**